MAY 23, 1955

**No. 59115.**—SUIT 4813.—United States v. G. L. Ramsey a/c Juvenile Mfg. Co.—
—C. D. 1571 affirmed February 8, 1955. C. A. D. 580.

**No. 59116.**—SUIT 4827.—Jovita Perez et al. v. United States.—
—C. D. 1633 reversed March 22, 1955. C. A. D. 588. (C. D. 1633 was reported as H. R. Lockwood et al. v. United States. Since the initial protest was sustained, it was not appealed. Accordingly, suit 4827 was reported as shown above.)